# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00156-CV

**Christon Walker, Appellant**

**v.**

**Raven Scott, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-16-003976, THE HONORABLE GARY HARGER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on November 18, 2020. In January, this Court sent a notice to appellant informing him that appellant's brief was overdue and that failure to file a satisfactory response by February 1, 2021, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief, a motion for extension of time, or otherwise apprised the Court of the status of the appeal. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed for Want of Prosecution

Filed: March 25, 2021